UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT C. GORMAN  (#128482)

VERSUS                                                                  CIVIL ACTION

RICHARD STALDER, ET AL                                    NUMBER 07-181-DLD

ORDER

Before the court is the plaintiff's Motion to Impose Sanctions Under Rule 37 Fed. R. Civ. P.  for Defendants Failure to Comply with Order Dated (January 24, 2008, Compelling Discovery).  Record document number 74.  The motion is opposed.[1]

On January 24, 2008, the plaintiff's motion to compel was granted and the defendant was ordered to produce a copy of the employee rule book.  On January 30, 2008, the defendant produced a copy of the Employee Manual.

Plaintiff filed a motion for the imposition of sanctions arguing that the defendant produced a document entitled "Employee Rule Book" as ordered by the court.

A review of the Employee Manual showed that the Employee Rules and Disciplinary Procedures are contained in Appendix I (pages 28 -48) of the Employee Manual. Defendant's response is sufficient.

Accordingly, the plaintiff's Motion to Impose Sanctions Under Rule 37 Fed. R. Civ.

---

[1] Record document number 75.

P.  for Defendants Failure to Comply with Order Dated (January 24, 2008, Compelling Discovery), is DENIED.

Signed in Baton Rouge, Louisiana, on March 18, 2008.

 

**MAGISTRATE JUDGE DOCIA L. DALBY**