UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT C. GORMAN  (#128482)

VERSUS                                                          CIVIL ACTION

RICHARD STALDER, ET AL                              NUMBER 07-181-DLD

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendants and against the plaintiff dismissing this matter with prejudice.

Signed in Baton Rouge, Louisiana, on October 9, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**